IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE DON WHITE,

    Petitioner,               No. CIV S-00-0885 FCD EFB P

    vs.

M.C. KRAMER,

    Respondent.           ORDER

                             /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 30, 2007, petitioner requested an extension of time to file a response to respondent's opposition to his motion to reinstate after dismissal. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's October 30, 2007, request for an extension of time is granted and petitioner has 30 days from the date this order is served to file a reply.

Dated: November 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE