IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE DON WHITE,

    Petitioner,                    No. CIV S-00-0885 FCD EFB P

    vs.

M.C. KRAMER,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 26, 2007, petitioner requested an extension of time to file and serve a reply to the respondent's opposition to his motion to reinstate after dismissal. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's December 26, 2007, request is granted and petitioner has 30 days from the date this order is served to file a reply.

DATED: January 9, 2008.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE